Andrea F. Oxman (SBN 252646)
Phoebe F. King (SBN 346906)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
Andrea.Oxman@jacksonlewis.com
Phoebe.king@jacksonlewis.com

Attorneys for Defendants BROOKFIELD PROPERTIES RETAIL INC. and GGP NORTHRIDGE FASHION CENTER, LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LITTLE and JAMES ALGER,<br><br>        Plaintiff,<br><br>  vs.<br><br>BROOKFIELD PROPERTIES RETAIL INC.; GGP NORTHRIDGE FASHION CENTER, LP; Does 1-10 inclusive,<br><br>        Defendants. | Case No.: **2:23-cv-07164 JLS (JCx)**<br><br>[*Assigned to Judge Josephine L. Staton, and Magistrate Judge Jacqueline Chooljian*]<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br>Complaint filed: August 30, 2023 |

**TO THE HONORABLE COURT:**

In accordance with Central District Local Rule 40-2 and the Court's Standing Order, Defendants BROOKFIELD PROPERTIES RETAIL INC. and GGP NORTHRIDGE FASHION CENTER, LP ("Defendants") and Plaintiffs MATTHEW LITTLE and JAMES ALGER ("Plaintiffs" and together with Defendants, the "Parties") hereby advise the Court that they have reached a settlement in the pending action. In light of the Parties' settlement, the Parties request the Court stay all proceedings pending a stipulation of dismissal.

The Parties anticipate filing a stipulation of dismissal within thirty (30) days.

///

The Parties' settlement provides that the Court: (1) retain jurisdiction through January 3, 2028 to enforce the terms of the settlement and (2) is conditioned upon the Court authorizing the Parties to file their confidential settlement agreement under seal with the Court with Exhibit A to the settlement agreement to be unsealed pursuant to the Parties' stipulation on or after August 1, 2028.  Pursuant to Central District Local Rule 79-5.2.2, the Parties thus respectfully request that the Court grant them leave to file their settlement agreement under seal.

Dated:  November 22, 2024                                PEIFFER WOLF CARR KANE CONWAY & WISE LLP

                                                                               */s/ Catherine M. Cabalo*
                                                                         By: _____
                                                                               Catherine M. Cabalo
                                                                               Khushpreet Mehton

                                                                         Attorneys for Plaintiffs MATTHEW LITTLE and JAMES ALGER

Dated: November 22, 2024                                 ALL ACCESS LAW GROUP

                                                                               */s/ Irakli Karbelashvili*
                                                                         By: _____
                                                                               Irakli Karbelashvili

                                                                         Attorneys for Plaintiffs MATTHEW LITTLE and JAMES ALGER

Dated:  November 22, 2024                                JACKSON LEWIS P.C.


                                                                         By:  */s/ Andrea F. Oxman*
                                                                               _____
                                                                               Andrea F. Oxman
                                                                               Phoebe F. King

                                                                         Attorneys for Defendants BROOKFIELD PROPERTIES RETAIL INC. and GGP NORTHRIDGE FASHION CENTER, LP

4864-6286-1304, v. 1