JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LITTLE and JAMES ALGER,<br><br>    Plaintiffs,<br><br>    v.<br><br>BROOKFIELD PROPERTIES RETAIL INC.; GGP NORTHRIDGE FASHION CENTER, LP; Does 1-10 inclusive,<br><br>    Defendants. | CASE NO. 2:23-cv-07164-JLS-JC<br><br>**ORDER (1) DISMISSING ACTION WITH PREJUDICE; (2) RETAINING JURISDICTION OVER THE SETTLEMENT AGREEMENT; AND (3) ALLOWING EXHIBIT A TO SETTLEMENT AGREEMENT TO BE UNSEALED (Doc. 45)** |

Pursuant to the Stipulation of the Parties (Doc. 45), and for good cause shown, it is hereby ORDERED as follows:

1. The action is dismissed in its entirety with prejudice; and
2. The Court retains jurisdiction over the Confidential Settlement Agreement up through January 3, 2028; and
3. On or after August 1, 2028, Plaintiffs are allowed to unseal Exhibit A to the Confidential Settlement Agreement, which describes remedial measures.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 14, 2025            _____
                                    HON. JOSEPHINE L. STATON
                                    UNITED STATES DISTRICT JUDGE